1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LOUIE MORENO, JR.,

11            Plaintiff,                    No. CIV S-09-2778 JAM EFB P

12        vs.

13   MARTIN, et al.,

14            Defendants.                   ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He has requested that the court appoint counsel.   District courts lack authority to

18   require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States*

19   *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request

20   counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935

21   F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

22   The court finds that there are no exceptional circumstances in this case.

23        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 3, 2009 request for

24   appointment of counsel is denied.

25   DATED:  November 10, 2009.

26
                                         _____
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE