IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE MORENO, JR.,

        Plaintiff,                      No. CIV S-09-2778 JAM KJN P

    vs.

SHERIFF MARTIN, et al.,

        Defendant.               ORDER

_____/

        On September 15, 2010, the court attempted service of two orders at plaintiff's last address of record, the Sacramento County Main Jail. The orders were returned by the postal service. The Sacramento County Sheriff's Department then informed the court that plaintiff had been transferred to Deuel Vocational Institute ("DVI"). Although the court is unable to affirmatively identify plaintiff through the California Department of Corrections and Rehabilitation ("CDCR") website, and therefore does not have plaintiff's CDCR identification number, the Clerk of Court will be directed to again attempt service on plaintiff, this time at DVI.

        Local Rule 182(f) requires that a party appearing in propria persona promptly inform the court of any change in address. Failure to abide by this rule provides good cause for dismissing the action. Thus, should service on plaintiff again fail and plaintiff does not promptly inform the court of his current address, the court will recommend dismissal of this action.

Accordingly, the Clerk of Court is hereby directed to serve this order, and the orders bearing Docket Numbers 10 and 11, upon plaintiff at Deuel Vocational Institute, P.O. Box 600, Tracy, CA 95378-0600.

SO ORDERED.

DATED: October 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

more2778.33a