IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE MORENO, JR.,

        Plaintiff,                       No. 2:09-2778 JAM KJN P

    vs.

SHERIFF MARTIN, et al.,

        Defendants.             <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        On October 14, 2010, this court attempted service of a recent order on plaintiff at his last address of record; the order was returned by the postal service.  Attempted service of prior orders similarly failed on September 15, 2010.  It appears that plaintiff has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address.  <u>See</u> Local Rules 182(f) and 110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Any response to the objections shall be filed and served
3  within fourteen days after service of the objections.  Plaintiff is advised that failure to file
4  objections within the specified time may waive the right to appeal the District Court's order.
5  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
6  DATED: October 21, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

more2778.33a,f&r